

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AB:DJL/MEF

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 25, 2019

By Hand and ECF

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Danny Daniel Malcolm
Docket No. 19-MJ-53

Dear Judge Bloom and Judge Orenstein:

The government respectfully submits this letter in response to the Court's order that the government provide a status update as to: (1) the defendant, Danny Daniel Malcolm's medical evaluation at the Metropolitan Detention Center ("MDC") and (2) the availability of medical treatment at MDC for Mr. Malcolm, if needed, over the weekend.

First, today, MDC medical personnel performed a medical examination of Mr. Malcolm. The medical examiners conducted lab work, an abdominal x-ray and a urinalysis to examine both Mr. Malcolm's overall health as well as his kidney function. Mr. Malcolm's urinalysis returned clean. The medical staff submitted the lab work and x-rays for testing and will await those results. If any issues arise, the medical staff at MDC will address them to ensure Mr. Malcolm's health and safety. MDC medical personnel are also working to schedule Mr. Malcolm for an appointment for a renal ultrasound at a local hospital.

   Second, with respect to any medical needs Mr. Malcolm may have over the weekend, medical personnel are present and working at MDC during the weekends.  If any emergency medical needs are necessary 911 personnel are contacted and Mr. Malcolm will be taken to and treated at a local hospital.  Additionally, the United States Attorney's Office, and specifically the duty Assistant United States Attorney, has the contact information for the staff at MDC and can contact them if any emergency medical issues arise.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

        By:    /s/
              David J. Lizmi
              Megan E. Farrell
              Assistant U.S. Attorney
              (718) 254-7010

cc:  Deirdre Vondornum (by ECF)
   Clerk of Court (by ECF)